IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LEE DAVIS                                                                 PETITIONER
ADC #113969

V.                                    NO. 5:06CV00032 JWC

LARRY NORRIS, Director,                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 8th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE